Argued February 4, affirmed February 16, 1966

MAULDING et al *v.* ADAMS et al

410 P. 2d 1023

*Ernest M. Jachetta,* Portland, argued the cause for appellants. With him on the brief was George L. Evans, Portland.

*Donald H. Joyce,* Portland, argued the cause for respondents. With him on the brief was Herman W. Winter, Heppner.

Before McALLISTER, Chief Justice, and GOODWIN, DENECKE,* HOLMAN and LUSK, Justices.

PER CURIAM.

Plaintiffs appeal from a judgment in favor of defendants in an action for damages for misrepresentation in the sale of a house and lot. The cause was

---

* Denecke, J., did not participate in this decision.

tried by the court without a jury and the court found that the alleged misrepresentations had not been made.

Our examination of the record found evidence to support the trial court's findings. The question was one of fact.

Affirmed.